SM 

**RECEIVED**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JUL 13 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sean Watson
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:21-cv-03705
Judge Edmond E. Chang
Magistrate Judge M. David Weisman
PC 9
RANDOM

vs.

LT. Peripllo
Deputy J. unterborn
Sgt James Damsei

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

  ✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Sean Watson

    B. List all aliases: N/A

    C. Prisoner identification number: 19-1065

    D. Place of present confinement: Will County Adult Detention Facility

    E. Address: 95 S Chicago Street Joliet IL 60436

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Perippllo

    Title: Lieutenant

    Place of Employment: Will County Adult Detention Facility

    B. Defendant: James Damsei

    Title: Sergeant

    Place of Employment: Will County Adult Detention Facility

    C. Defendant: J. Unterborn

    Title: Deputy

    Place of Employment: Will County Adult Detention Facility

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____
   _____

   D. List all defendants: _____
   _____
   _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____
   _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Lt Periplo Sgt James Damsei and J. unterBorn failed to Protect me when two Inmate attacked me, knocked me unconscius. My life was at a substatial risk that authorities knew of already and yet they failed to demonstrate proper procedures to prevent such harm to my life and safety. As a result I suffered a tremendous amount of injury that caused me to be hospitilized. As a result of the great amount of injurys and being hositilized after being knocked unconscious, I suffer from (P.T.S.D) post traumatic stress disorder and I fear for my life because while in Custody of will county authorotties my life was put at risk. Since the incident I've been having serious Back Problems; Problems seeing out my left eye. J. unterborn was the G Pod Deputy. James Damsei was the houseing Sergent for October 14 2020. I was housed in G Pod the first incident Happened

Revised 9/2007

at 2:23 where Deputys see me & Inmate Pittman get into a fight with another of othere Inmates. At 4:48 Inmate Pittman; mosley Attack me When I come out my cell But it Supposed Have Been a keep separation on me & Inmate Pittman do to Will County Act keep separation poility.

5

Revised 9/2007

**V.  Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm asking for 1.5 million for pain & suffering. Physical damage & mental Anguish, distress and agony

**VI.** The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27 day of June, 20 21

Sean Watson

(Signature of plaintiff or plaintiffs)

Sean Watson
(Print name)

19-1065
(I.D. Number)

95 Chicago Street Joliet
IL 60436

(Address)

6

Revised 9/2007

Sean Watson #194065
9 Chicago Street
Joliet IL 60436

Legal Mail

Prisoner Correspondent, United States District Court
219 S Dearborn Street
Chicago IL 60604

S SUBURBAN IL 604
6 JUL 2021 PM 4 L

2021 JUL 12 [illegible] Smile

60604-189423

